UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MYRON POLLARD                                                                                           PLAINTIFF

v.                                                              Civil No. 4:20-CV-00166-GHD-JMV

COAHOMA COUNTY, MISSISSIPPI; ET AL.                                  DEFENDANTS

**AND**

MYRON POLLARD                                                                                           PLAINTIFF

v.                                                              CIVIL ACTION NO.: 4:20-CV-176 -GHD-JMV

CHARLES JONES, SHERIFF OF COAHOMA COUNTY,
STATE OF MISSISSIPPI IN HIS OFFICIAL CAPACITY; ET AL.         DEFENDANTS

## ORDER ADMINISTRATIVELY CLOSING CASES

The Plaintiff brought these Section 1983 actions in late 2020 seeking recovery for damages as a result of the Defendants' alleged violation of his constitution rights for, *inter alia*, false arrest. The Plaintiff has been criminally charged in connection with the subject arrest, and the trial date on those charges has been continued by the state court several times, with a firm trial date still not set.

These cases have been stayed by the Court since November 4, 2021, during the pendency of the Plaintiff's state court criminal charges [65]. Given the extended pendency of the Plaintiff's state court action, the Court shall administratively close these cases pending the resolution of the Plaintiff's state court criminal proceedings. The subject criminal charges have been pending for nearly two years with no action or progress. Given the potential delay and the lengthy stay of these proceedings that such a delay would necessitate, the Court finds that the better approach is to administratively close these cases for the present time. The Plaintiff may request that the cases be

reopened and returned to the Court's active docket after filing a notice on the docket that the state criminal charges have been resolved.

Accordingly, the Court hereby ORDERS that these cases be ADMINSTRATIVELY CLOSED as of today's date. The parties are INSTRUCTED to inform the Court within fourteen days of any substantive updates in the underlying state court criminal matter; the Plaintiff may then request that these cases be reopened and returned to the Court's active docket.

THIS, the 23rd day of August, 2023.

SENIOR U.S. DISTRICT JUDGE